CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
SWIFT SPINDRIFT LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
George E. Murray (GM-4172)
Owen F. Duffy (OD-3144)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SWIFT SPINDRIFT LTD.,

                Plaintiff,

    v.

UNITED PACIFIC SHIPPING SDN BHD,
d/b/a UNIPAC,

                Defendant.
------------------------------------------------------------------X

09 CV _____ ( ___ )

**STATEMENT PURSUANT**
**RULE 7.1**

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, SWIFT SPINDRIFT LTD., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       February 13, 2009

                                CHALOS, O'CONNOR & DUFFY, LLP
                                Attorneys for Plaintiff,
                                SWIFT SPINDRIFT LTD.

               By: _____
                        George E. Murray (GM-4172)
                        Owen F. Duffy (OD-3144)
                        366 Main Street
                        Port Washington, New York 11050
                        Tel: (516) 767-3600
                        Fax: (516) 767-3605

[RECEIVED FEB 13 2009 U.S.D.C. S.D.N.Y. CASHIERS stamp]