Swain, J

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
SWIFT SPINDRIFT LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
George E. Murray (GM-4172)
Owen F. Duffy (OD-3144)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 3 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SWIFT SPINDRIFT LTD.,

                Plaintiff,

       v.

UNITED PACIFIC SHIPPING SDN BHD,
d/b/a UNIPAC,

                Defendant.
-----------------------------------------------------------X

09 CV 1306 (LTS)

**NOTICE OF**
**VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that the above-captioned action is hereby voluntarily dismissed without prejudice by plaintiff, SWIFT SPINDRIFT LTD., as to the defendant, UNITED PACIFIC SHIPPING SDN BHD d/b/a UNIPAC, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. The Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

FURTHERMORE, the Process of Maritime Attachment and Garnishment issued by this Court, by Order dated February 17, 2009, is hereby vacated.

Dated: Port Washington, New York
May 12, 2009

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
SWIFT SPINDRIFT LTD.

By: /s/ George E. Murray
George E. Murray (GM-4172)
Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605

**SO ORDERED:**

Dated: New York, New York
May 13, 2009

Honorable Laura Taylor Swain, U.S.D.J.